DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 368P14-2 | State v. Kirk James Keller | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied **02/17/2017** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **02/17/2017** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot **02/17/2017** |
| 368P16 | Animaw Azige, Tewodros Abebe, Meseret Tefera, Zenash Abey, Tadese Gebregiorgis, Dawit Getahun, Edom A. Geru, Azemerawu Getaneh, Tsige Kibret, Tewodrose G. Tirfe, Hailu Afro, Mequanint Tsegaw, Zebene Mesele, Meaza Jembere, Nigatu Kassa, Almaz Mekonen, Aster Mles, Addisu Fentahum Ayalwe, Askale Yeshanew, and Haimonot Gedamu v. Holy Trinity Ethiopian Orthodox Tewahdo Church, Solomon Gugsa, Luleseged Deribe, Tesfa Gashareba, Samuel Agonafer, Samson Kassaye, Gedewon Kassa, Yohannes Assefa, Tassew Kassahun, and Eyoel Mulugeta | 1. Plts' Notice of Appeal Based on a Constitutional Question (COA15-760) | 1. Dismissed *ex mero motu* |
| | | 2. Plts' PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's (Kassahun) Motion to Dismiss Plaintiff Azige's Claims Against All Defendants Without Prejudice | 3. Dismissed as moot |
| | | 4. Def's (Kassahun) Motion to Dismiss Plts' Claims Against Defendant Kassahun Without Prejudice | 4. Dismissed as moot |
| | | | **Ervin, J., recused** |
| 375P09-7 | State v. Avenger Ridgeway | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Supplement | 2. Dismissed as moot |
| | | 3. Def's *Pro Se* Motion to Amend | 3. Dismissed as moot |
| | | | **Ervin, J., recused** |